SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------

BRIAN COLELLA, et al.,

|  |  |
|---|---|
| Plaintiff, | **AFFIRMATION CONCERNING NOTICE OF REMOVAL TO FEDERAL COURT** |
| -against- | |
| THE CITY OF NEW YORK and THE NEW YORK CITY FIRE DEPARTMENT, | Index No. 107418/06 |
| Defendants. | |

------------------------------------------------------------X

**CAROLYN WALKER-DIALLO**, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury pursuant to Rule 2106 of the Civil Practice Law and Rules:

1.     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York ("City") and the City's Fire Department in the above-captioned action.

2.     I submit this affirmation and the annexed Notice Of Removal, filed on July 6, 2007, to inform the Court that on this date, the above-captioned proceeding was removed to the United States District Court for the Southern District of New York.

Dated:     New York, New York
              July 6, 2007

**CAROLYN WALKER-DIALLO**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------

**07 CIV 6312**

BRIAN COLELLA, et al.,

Plaintiff,

**AFFIRMATION
CONCERNING NOTICE OF
REMOVAL TO FEDERAL
COURT**

-against-

THE CITY OF NEW YORK and THE NEW YORK CITY
FIRE DEPARTMENT,

Index No. 107418/06

Defendants.
-----------------------------------x

**JUDGE PRESK**

**CAROLYN WALKER-DIALLO**, an attorney duly admitted to practice before

the Courts of the State of New York, hereby affirms the following to be true under penalty of

perjury pursuant to Rule 2106 of the Civil Practice Law and Rules:

        1.     I am an Assistant Corporation Counsel in the office of Michael A.

Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New

York ("City") and the City's Fire Department in the above-captioned action.

        2.     I submit this affirmation and the annexed Notice Of Removal, filed on

July 6, 2007, to inform the Court that on this date, the above-captioned proceeding was removed

to the United States District Court for the Southern District of New York.

Dated:      New York, New York
            July 6, 2007

**CAROLYN WALKER-DIALLO**

## AFFIRMATION OF SERVICE

**CAROLYN WALKER-DIALLO**, an attorney admitted to practice in the courts of New York State, shows: that she is employed in the office of the Corporation Counsel of the City of New York, and affirms this statement to be true under the penalties of perjury, pursuant to Rule 2106 CPLR:

That on July 6, 2007, she served the annexed Affirmation Concerning Notice Of Removal To Federal Court and Notice of Removal to Federal Court Upon:

> Solotoff & Solotoff
> P.O. Box 4686
> Great Neck, New York 11023
> Attn: Lawrence Solotoff, Esq.

by depositing a copy of the same, enclosed in a first class post paid properly addressed wrapper in a USPS post office/official depository in the Borough of Manhattan, City of New York, directed to said attorney for plaintiffs at the above indicated address, being the address designated by them for that purpose.

Dated:    New York, New York
July 6, 2007

Carolyn Walker-Diallo
Assistant Corporation Counsel

Index No. 107418/06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

BRIAN COLELLA, et al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK and THE NEW YORK
CITY FIRE DEPARTMENT,

Defendants.

## AFFIRMATION CONCERNING NOTICE OF REMOVAL TO FEDERAL COURT

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Carolyn Walker-Diallo*
*Tel: (212) 788-0868*
*NYCLIS No. 06LE000166*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................., 200 .*

*........................................................... Esq.*

*Attorney for.........................................*