SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BRIAN COLELLA, et al.,

                  Plaintiffs,        **NOTICE OF REMOVAL TO FEDERAL COURT**

        -against-

THE CITY OF NEW YORK and THE NEW YORK CITY
FIRE DEPARTMENT,

                  Defendants,        Index No. 107418/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        **CAROLYN WALKER-DIALLO**, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury pursuant to Rule 2106 of the Civil Practice Law and Rules:

        1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-captioned action.

        2.    I submit this affirmation and the annexed Notice Of Removal, filed July 6, 2007, to inform the Court that on this date, the above-captioned proceeding was removed to the United States District Court for the Southern District of New York.

Dated:    New York, New York
            July 6, 2007

                                              _____
                                              CAROLYN WALKER-DIALLO

## AFFIRMATION OF SERVICE

**CAROLYN WALKER-DIALLO**, an attorney admitted to practice before the Courts of the State of New York, affirms, pursuant to the penalties of perjury, that:

1. I am not a party to the above-captioned proceeding.

2. I am employed by the New York City Law Department.

3. On July 6, 2007, I caused the annexed Notice of Removal to Federal Court to be served on the party listed below, by overnight delivery service.

> SOLOTOFF & SOLOTOFF
> Attorneys for Plaintiffs
> P.O. Box 4686
> Great Neck, NY 11023
> Attn: Larry Solotoff

Dated:   New York, New York
         July 6, 2007

_____
CAROLYN WALKER-DIALLO

Index No. 107418/06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

BRIAN COLELLA, et al.,

                                              Plaintiffs,

-against-

THE CITY OF NEW YORK AND THE NEW YORK CITY
FIRE DEPARTMENT,

                                              Defendants.

## NOTICE OF REMOVAL TO FEDERAL COURT

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Carolyn Walker-Diallo*
*Tel.: (212) 788-0868*
*NYCLIS No. 06LE000166*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................................, 2003*

*............................................................ Esq.*

*Attorney for ............................................................*