**SOLOTOFF & SOLOTOFF, ESQS.**
P.O. Box 4686
Great Neck, New York 11023
Telephone: (516) 466-5522
Facsimile: (516) 466-5562
E-Mail: LSOLOTOFF@AOL.COM

**Via Courtesy Mail To the Court**
**and PDF-ECF Filing**

Hon. Judge Loretta A. Preska                                     September 11, 2007
USDC, Southern District Of New York
500 Pearl Street
New York, New York 1007

Hon. Magistrate James C. Francis
USDC, Southern District Of New York
500 Pearl Street
New York, New York 1007

    Re: Brian Colella, et al., vs. The City of New York, et al., 07-cv-6312

Dear Hon. Judge Preska and Hon. Magistrate Francis:

  Our office represents all of the named Plaintiffs in the above captioned matter and appears as counsel in the pleadings filed with the Court. The Plaintiffs' Second Amended Verified Complaint was submitted to this Court by Defendants' application seeking removal from the New York State Supreme Court, New York County, Index No. 06-107418, filed May 26, 2006, submitted by their counsel, Assistant Corporation Counsel, Carolyn Walker-Diallo, in or about July 2007. Plaintiff did not oppose the removal to the Federal District Court. The removal was granted and assigned the above Index No. 07-cv-6312. The record should reflect our appearance on behalf of the named Plaintiffs.

  Further, the Second Amended Verified Complaint seeks overtime pay for the named Plaintiffs, under Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and N.Y. Labor Law §198.1-a and §663, and demands, among other things, a Jury Trial [stated on the face of the caption heading] and in the body of the pleadings.

  The purpose of this letter is to confirm Plaintiffs' demand for a jury trial on the merits of the case. Furthermore, Plaintiffs have been advised that the Answer to the Second Amended Verified Complaint is forth coming in one week. Request is hereby made that a preliminary conference be scheduled with the Court upon receipt of the Answer to establish a schedule for discovery purposes. We have advised defendants' counsel that we seek to submit this ECF-Mail to the Court. Thank you for your attention to this matter.

                  Respectfully submitted,
                  /s//
Carolyn Walker-Diallo, Esq.         Lawrence Solotoff (LS1356)
Assistant Corporation Counsel
Labor and Employment Division
New York City Law Department
100 Church Street, 2-138
New York, NY  10007-2601

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com