

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN WALKER-DIALLO
Labor and Employment Division
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

February 19, 2008

**By Facsimile: (212) 805-7941**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

      Re:  Colella v. City of New York, et al.
           07 Civ. 6312 (LAP) (JCF)

Dear Judge Preska:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above referenced matter. With plaintiffs' counsel's consent, defendants write to respectfully request that the status conference currently scheduled for February 26, 2008 be adjourned to a date and time in the month of March that is convenient to the Court. This is Defendants' first request for an adjournment of the conference.

      At the initial conference with the Court on November 8, 2007, your Honor ordered both plaintiffs and defendants to produce documents to the opposing party, including diaries and journals that are in plaintiffs' possession as well as the relevant contracts and other documents concerning overtime that are in defendants' possession. The Court directed the parties to exchange documents in advance of the next status conference so that the parties would be able to discuss the issues in the case with the Court. While defendants have produced the collective bargaining agreements that were in their possession, recently, defendants received hundreds of pages of additional relevant documents from the FDNY and are in the process of copying and bates stamping these documents for production to plaintiffs. Defendants are awaiting receipt of plaintiffs' diaries and journals. Defendants therefore request an adjournment of the conference until late March 2008 to allow the parties to review the documents that are being exchanged in advance of the conference with the Court.

*The February 26 conference is adjourned to March 25, 2008 at 9:00 a.m.*

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 20, 2008

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
FEBRUARY 19, 2008
PAGE 2 OF 2

        I thank the Court for its attention to this matter.

Respectfully Submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

Cc: Larry Solotoff, Esq.
     (By Facsimile)

2