

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN WALKER-DIALLO
Labor and Employment Division
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

March 17, 2008

**By Facsimile: (212) 805-7941**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

          Re:   <u>Colella v. City of New York, et al.</u>
               07 Civ. 6312 (LAP) (JCF)

Dear Judge Preska:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above referenced matter. With plaintiffs' counsel's consent, defendants write to respectfully request that the status conference currently scheduled for March 25, 2008 at 9:00 AM be adjourned to a date and time in the month of April that is convenient to the Court, as I am required to report to Jury Duty in Kings County on March 25, 2008 at 8:30 AM. See attached. This is Defendants' second request for an adjournment of the conference.

        I thank the Court for its attention to this matter.

*The March 25 conference is adjourned to April 14 at 9:00am.*

Respectfully Submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Cc: Larry Solotoff, Esq.
    (By Facsimile)

*March 22, 2008*